

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00770-CV

**IN RE AMERICAN POWER CONVERSION CORPORATION**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  November 19, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On November 5, 2014, relator American Power Conversion Corporation filed a petition for writ of mandamus and a motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 6660, styled *Sara Villarreal, Individually and as Next Friend of Carlota Martinez, A Minor and Rosalia Godino Medel, et al. v. Alvaro Medel, et al.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.